UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS MANIGAULT,

                    Petitioner,

              -against-                                    25-cv-9822 (LTS)

ERIK RICKARD, Warden,                                     CIVIL JUDGMENT

                    Respondent.

        For the reasons stated in the March 13, 2026, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    March 16, 2026
            New York, New York


                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge